UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AUSTIN T. DYER                                CIVIL ACTION

VERSUS                                        NO: 10-4625

N. BURL CAIN, WARDEN                          SECTION: "J" (5)

**ORDER**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 21)**, and petitioner's **Objections to the Magistrate Report (Rec. Doc. 23)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that petitioner's **Objections (Rec. Doc. 23)** should be and hereby are **OVERRULED**;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of Habeas Corpus (Rec. Doc. 1)** should be and hereby is **DENIED with prejudice**.

New Orleans, Louisiana this 10th day of July, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE